JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.O.J., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:20-cv-02038-SHK <br><br> JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is **REVERSED** and this case is **REMANDED** to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: 3/7/2022

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge